# EXHIBIT G

# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZSQ@AOL.COM

April 23, 2018

The Board of Directors
Sphere 3D Corp.
125 South Market Street
San Jose, California 95113

Re: **Short-Swing Trading Matter // Cyrus Capital Partners, L.P., FBC Holdings S.a.r.l., et al.**

Gentlemen:

I have been retained by Deborah Donoghue, a shareholder of the company, to investigate certain possible violations of Section 16(b) of the Securities Exchange Act of 1934, as amended (the "Act").

Based upon my inquiries and in accordance with the provisions of the Act I ask that you take all actions necessary to require an accounting and disgorgement of profits realized by Cyrus Capital Partners, L.P., FBC Holdings S.a.r.l and affiliated persons, each a more-than-10% beneficial owner individually and as a member of Section 13(d) group, by reason of its and their sales of 609,215 shares of the company's common stock on February 21 through 23, 2018, and its purchases at lower prices of larger numbers of shares on March 29, 2018, andApril 16, 2018, all within periods of less than six months.

There may be additional offending transactions and I ask that you inquire.

Kindly be advised that unless the requested actions are taken promptly and I am advised of the results I am authorized to pursue the remedies provided by the Act.

Very truly yours,

David Lopez

DL/el
Via First Class Mail and Fax
1.408.283.4701

DAVID LOPEZ
171 EDGE OF WOODS ROAD
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

MID-ISLAND NY 117
24 APR 2018 PM 6 L

The Board of Directors
Sphere 3D Corp.
125 South Market Street
San Jose, California 95113

95113-226625

