# EXHIBIT H

Daniel E. Doherty

Attorney at Law

ded-law@ddoherty.net

Commerce Plaza I
7300 W. 110th Street, Suite 930
Overland Park, KS 66210

913.338.7182  Voice
913.338.7164  FAX

Board of Directors
Sphere 3D Corporation
895 Don Mills Road
BLDG. 2, Suite 900
Toronto, Ontario M3C 1W3

2019–10–17

Dear Board:

I have been retained by Revive Investing, LLC, a holder of the company's common stock, to investigate certain apparent instances of short-swing trading under the provisions of Section 16 of the Securities Exchange Act of 1934 (the "Exchange Act") by FBC Holdings S.A.R.L. (and Cyrus Capital Partners, LP, and together with all other co-filers and their related parties, the "Reporting Person") based on the Reporting Person's public filings. I have attached schedules of the transactions in question and a computation of the estimated recoverable profits.

I have written before in April, 2018, with regard to some of the transactions noted and am writing to take note of additional transactions involving derivative securities.

In accordance with Section 16(b), I hereby request that you investigate these transactions and take action against the Reporting Person for an accounting to and recovery for the company of any profits noted and profits arising from any other transactions that come to light in your investigation and that are not time-barred. If you recover short-swing profits from the Reporting Person, please provide me with proof of the company's recovery and a stamped copy of any complaint filed in any action to recover the profits. If you determine upon investigation that no profit is recoverable, please provide me with an explanation of the reasons for your conclusion.

Unless you take these actions within 60 days of your receipt of this letter, the shareholder is authorized to pursue remedies provided by the Exchange Act. Given that the limitations period with respect to certain of the transactions is nearing expiration, we will file suit if necessary to preserve the claim on behalf of the Company.

Sincerely,

*Daniel E. Doherty*

SCHEDULE I

Transactions Considered

**Issuer:** Sphere 3D Corporation
**Symbol:** ANY

| Ref | Date | Filing | Code | Price | Shares |
|-----|------|--------|------|-------|--------|
| 0001 | 2018-02-21 | 2018-02-23[42]@01 | S | 2.3400 | 196,725 |
| 0002 | 2018-02-23 | 2018-02-23[42]@03 | S | 2.2069 | 200,000 |
| 0003 | 2018-05-16 | 2018-05-17[85]@01 | J | 0.4292 | 200,181 |
| 0004 | 2018-05-16 | 2018-05-17[85]@02 | J | 0.4292 | 259,240 |
| 0005 | 2018-11-13 | 2018-11-15[11]@03 | S | *1.7100* | 2,500,000 |

Schedule II

**Estimated Short-Swing Profit**

| | | Purchases | | | | | | | Sales | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref | Date | Filing | Code | Price | Shares | Ref | Date | Filing | Code | Price | Shares | Profit |
| 0003 | 2018-05-16 | 2018-05-17[85]@01 | J | 0.4292 | 62,696 | 0005 | 2018-11-13 | 2018-11-15[11]@03 | S | 1.7100 | 62,696 | 80,301.04 |
| 0004 | 2018-05-16 | 2018-05-17[85]@02 | J | 0.4292 | 62,515 | 0002 | 2018-02-23 | 2018-02-23[42]@03 | S | 2.2069 | 62,515 | 111,132.92 |
| 0003 | 2018-05-16 | 2018-05-17[85]@01 | J | 0.4292 | 137,485 | 0002 | 2018-02-23 | 2018-02-23[42]@03 | S | 2.2069 | 137,485 | 244,407.08 |
| 0004 | 2018-05-16 | 2018-05-17[85]@02 | J | 0.4292 | 196,725 | 0001 | 2018-02-21 | 2018-02-23[42]@01 | S | 2.3400 | 196,725 | 375,902.13 |
| Totals: | | | | | 459,421 | | | | | | 459,421 | $811,743.17 |

Sch. II–2