```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
REVIVE INVESTING LLC,                         :

                  Plaintiff,                  :      ORDER

      -v.-                                    :
                                                     20 Civ. 618 (ALC) (GWG)
FBC HOLDINGS S.A.R.L,                         :

                  Defendant.                  :

and                                           :

SPHERE 3D CORP.,                              :

                  Nominal Defendant.          :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      In reviewing the parties' papers, it appears that plaintiff made arguments in its reply supplemental brief (Docket # 48) that were not made in its prior submissions, or at least not made in any detail — most obviously, the argument that the payments did not meet the "independence" requirement of the statutory prior debt exemption (<u>id.</u> at 3-6). The defendant is directed to file a letter or memorandum of law addressing this issue no later than December 21, 2020.[1]

      SO ORDERED.

Dated: December 14, 2020
       New York, New York

                                          _____
                                          GABRIEL W. GORENSTEIN
                                          United States Magistrate Judge

---

[1] Defendant has leave to address any other arguments that were newly-raised in plaintiff's reply supplemental brief.