UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
REVIVE INVESTING LLC,

                Plaintiff,

-against-

FBC HOLDINGS S.A.R.L.,

                Defendant.

and

SHERE 3D CORP.,

                Nominal Defendant.
------------------------------------------------------------X

20 **CIVIL** 618 (ALC)(GWG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 25, 2021, The Court reviews the remainder of the Report and Recommendation for clear error. Finding no clear error, the Report and Recommendation is ADOPTED in full. FBC's Motion for Summary Judgment is granted and the complaint is dismissed.

**Dated:** New York, New York
        February 26, 2021

                                                RUBY J. KRAJICK

                                                **Clerk of Court**

                      **BY:**

                                                  **Deputy Clerk**